**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANTHONY EARL BELL, JR.,                                                                                PLAINTIFF
ADC #146697

v.                                          No. 5:14CV00096-JLH-JJV

L. KENNEDY, Sergeant, ADC Delta
Regional Facility Unit; *et al*.                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court shall alter the docket to reflect that Defendant "L. Kennedy" is "Lena Kennedy" and "J. Banks" is "Jimmy Banks."

2. Defendants' Motion for Summary Judgment (Doc. No. 27) is GRANTED.

3. Defendants Lena Kennedy, Jimmy Banks, and Ray Hobbs are DISMISSED with prejudice.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this Order would not be taken in good faith.

SO ORDERED this 21st day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE