**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ANTHONY EARL BELL, JR.,                                           PLAINTIFF
ADC #146697

v.                      No. 5:14CV00096-JLH-JJV

L. KENNEDY, Sergeant, ADC Delta
Regional Facility Unit; *et al*.                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 21st day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE